Rehebong_Ind

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 16 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRIS M. REHEBONG,<br><br>    Defendant. | CRIMINAL CASE NO. 08-00037<br><br>**INDICTMENT**<br><br>**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)] |

THE GRAND JURY CHARGES:

On or about April 9, 2004, in the District of Guam, the defendant herein, CHRIS M. REHEBONG, did unlawfully and knowingly possess with intent to distribute approximately 129

//
//
//
//
//
//

grams, net weight, of methamphetamine hydrochloride (actual), a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(viii).

Dated this 12th day of July, 2008.

A TRUE BILL.

**REDACTED**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2