# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00037**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: __X__ Yes ____ No

Defendant Name _____Chris M. Rehebong_____

Allisas Name _____

Address _____

Birth date __XX/XX/1970__ SS# __XXX-XX-0999__ Sex __M__ Race __PI__ Nationality __US__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: __X__ No ___Yes       List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED JUL 16 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__       Petty ____ Misdemeanor ____ __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) | POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | (Continued on reverse) | |

Date: __7/16/08__       Signature of AUSA: _____