1 Seal Indictment_Warrant

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza Suite 500
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334

7 Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

JUL 16 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br> CHRIS M. REHEBONG, <br> Defendant. | CRIMINAL CASE NO. **08-00037** <br><br> UNITED STATE'S APPLICATION TO SEAL INDICTMENT, AND WARRANT FOR ARREST |

COMES NOW the United States moves this Honorable Court for an order sealing the Indictment, and Warrant for Arrest, in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 16th day of July, 2008.

By: _____
LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MARIVIC P. DAVID
Assistant U.S. Attorney