Rehbong_Sealing_Order

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00037 |
| Plaintiff, ) | |
| vs. ) | **ORDER SEALING CASE** |
| CHRIS M. REHEBONG, ) | |
| Defendant. ) | |

This matter having come before this Honorable Court based on the United States' Application to Seal the Indictment, and Warrant for Arrest, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the case be sealed, until otherwise Ordered by the Court.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 16, 2008