LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 0 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00037 |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' MOTION** |
| vs. | ) | **TO UNSEAL INDICTMENT,** |
| | ) | **AND WARRANT FOR ARREST** |
| CHRIS M. REHEBONG, | ) | |
| Defendant. | ) | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the Indictment and Warrant for Arrest, in the above-captioned matter, for the reason that the defendant has been arrested and there is no further need for these documents to remain sealed.

Respectfully submitted this 4th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL

