AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     **GUAM**

UNITED STATES OF AMERICA

V.

**CHRIS M. REHEBONG**

**WARRANT FOR ARREST**

Case Number: CR-08-00037-001

RECEIVED
JUL 16 2008
US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **CHRIS M. REHEBONG**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

FILED
DISTRICT COURT OF GUAM
AUG 0 4 2008
JEANNE G. QUINATA
Clerk of Court

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court

[ ] Pretrial Release Violation Petition    [ ] Probation Violation Petition    [ ] Supervised Release Violation    [ ] Violation Notice

charging him or her with    (brief description of offense)

**Possession of Methamphetamine Hydrochloride With Intent to Distribute, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)**

[ ] in violation of Title _____ United States Code, Section(s) _____

[ ] in violation of the conditions of his or her pretrial release imposed by the court.

[ ] in violation of the conditions of his or her supervision imposed by the court.

| **MARILYN B. ALCON** | *Marilyn B. Alcon* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| **Deputy Clerk** | **7/16/2008; Hagatna, Guam** |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Dededo, Guam

| DATE RECEIVED 7-16-08 | NAME AND TITLE OF ARRESTING OFFICER S.A. Thanh Churchin | SIGNATURE OF ARRESTING OFFICER For [signature] |
|---|---|---|
| DATE OF ARREST 8-4-08 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____