# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00037-001          DATE: August 04, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Geraldine A. Cepeda      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 2:38:49 - 3:02:19

**APPEARANCES:**

Defendant: Chris M. Rehebong      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David      U.S. Agent: Thanh Churchin, DEA
U.S. Probation: Christopher Duenas
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Government's motion to unseal case - withdrawn.
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Defendant arraigned and advised of his/her rights, charges and penalties.
- Plea entered: Not guilty
- Status Hearing set for: September 2, 2008 at 9:30 AM
- Trial set for: October 7, 2008 at 9:30 AM
- Defendant released, with conditions.

NOTES: