IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00037 |
| Plaintiff, | ) | |
| vs. | ) | **APPOINTMENT ORDER** |
| CHRIS M. REHEBONG, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the **Federal Public Defender** is appointed to represent the Defendant in the above-captioned case.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
**Dated: Aug 04, 2008**