# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# **SEALED**

CASE NO.: CR-08-00037　　　　　　　　　DATE: September 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 9:56:10 - 9:58:22

**APPEARANCES:**

Defendant: Chris Rehebong　　　　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Marivic P. David　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Status Hearing**
- Mr. Arens informs the court of the status of his client and that he will be filing a change of plea.

NOTES: