1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

SEP 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal<br>MAGISTRATE CASE NO. 08-00037 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO UNSEAL** |
| CHRIS M. REHEBONG, | |
| Defendant. | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the above case.

Respectfully submitted this 8th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL