LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00037 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CHRIS M. REHEBONG, | ) | |
| Defendant. | ) | |

Upon motion of the United States to unseal the above case and without objection from the Defendant,

IT IS ORDERED that the record herein be unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 09, 2008