# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-08-00037                      DATE: September 11, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio         Electronically Recorded: 1:42:34 - 2:00:42

**APPEARANCES:**

Defendant: Chris M. Rehebong               Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☑P.R.            ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Marivic P. David            U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:                                Language:

**PROCEEDINGS: Status Hearing/Change of Plea**
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Status hearing set for March 10, 2009 at 2:30 p.m.
- Defendant released with modifications on conditions of release by this Court.

NOTES: